[No. 28204-0-III.  Division Three.  March 4, 2010.]

KAREN ALEXANDER, *Appellant*, v. UNITED STEEL WORKERS LOCAL 12-369, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-2-01704-3, Cameron Mitchell, J., entered June 23, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[Nos. 62437-7-I; 62438-5-I.  Division One.  March 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL MOI, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KELLIE MOI, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 07-1-05415-1, Gregory P. Canova, J., entered August 25, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Cox, JJ.

[No. 62579-9-I.  Division One.  March 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO JAKU JAKO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02287-7, Catherine D. Shaffer, J., entered November 3, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Appelwick, JJ.

[No. 62624-8-I.  Division One.  March 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN T. GROMUS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-1-01098-9, Michael E. Rickert, J., entered October 29, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Appelwick, J.